## ESTATE OF CLINTON PATRICK, DECEASED.

[No. 14,233; decided August 31, 1897.]

Will—Substituting the Word "Devisee" for "Heir."—If a testator declares, "I will that A and B shall become my sole heirs, and that they shall equally possess" my property, after all just claims against my estate have been paid, and neither A nor B is of kin to the testator, and A dies before the death of the testator, B will take one-half of the residue of the estate of the testator after the payment of his debts, and the heirs at law of the testator, not the heirs of A, will take the other half.

## ESTATE OF MARY A. REDFIELD, DECEASED.

[No. 11,451; decided October 1898.]

Interest on Legacy—Code and Common-law Rule.—At the common law, and under sections 1368 and 1369 of the Civil Code, a pecuniary legacy bears interest at the legal rate from one year after the demise of the testator.

Interest on Legacy—Settlement Delayed by Will Contest.—A pecuniary legacy bears interest from one year after the death of the testator, where the settlement of the estate is delayed, without fault of the administrator, by a contest of the will.

## ESTATE OF ANNIE SYKES, DECEASED.

Probate Homestead—Court must Set Apart.—In a proper case the court must, on the application of a surviving husband, set apart a probate homestead; there is no discretion.